# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Hilton Head Design, LLC <br> *Plaintiff* <br> v. <br> Bel Vetro, LLC <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 9:09-2170-MBS <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Hilton Head Design, LLC shall take nothing of the defendant, Bel Vetro, LLC and this case is dismissed without prejudice for lack of personal jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having granted the defendant's motion to dismiss.


Date: January 26, 2010                         *CLERK OF COURT*

                                                              s/Angie Snipes

                                                              *Signature of Clerk or Deputy Clerk*